PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:10CR000769-001

CASE NUMBER *(Rec. Court)*
8:19-cr-153-T-17JSS

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Abdur Razzak Tai | Eastern District | Probation |
| 4316 Tidewater Drive | of Pennsylvania | |
| Orlando, FL 32812 | | |

NAME OF SENTENCING JUDGE
The Honorable Juan R. Sánchez, Chief Judge

DATES OF SUPERVISED RELEASE:   FROM       TO
                                5/18/17    5/17/20

OFFENSE

18:1341 mail fraud (Counts One through Six) and 18:1343 wire fraud (Counts Seven through 13)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/9/19
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APRIL 16th 2019
_____
*Effective Date*

_____
*United States District Judge*

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**